LOCOMOTIVE ENGINEERS MUTUAL LIFE AND ACCIDENT INSURANCE ASSOCIATION, Plaintiff, *v.* MELISSA I. LOCKE, Respondent, and GEORGINA PUTNAM, Appellant.

Argued January 20, 1938; decided March 1, 1938.

*George E. Phillies* for appellant.

*Walter F. Hofheins* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ.   Taking no part: HUBBS, J.